IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
SEP - 7 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr212-WKW |
| | ) | [18 USC 1344(2); |
| ONITA MARCHETTA THORNTON | ) | 18 USC 656] |
| | ) | |

INDICTMENT

The Grand Jury charges:

COUNT 1

On and between March 11, 2003, and August 22, 2003, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

ONITA MARCHETTA THORNTON,

did knowingly execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities and other property owned by, and under the custody and control of Regions Bank, a financial institution by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

COUNT 2

On and between March 11, 2003, and August 22, 2003, in Montgomery County, Alabama, in the Middle District of Alabama, the defendant,

ONITA MARCHETTA THORNTON,

being an agent and employee of Regions Bank, a federally insured bank, in order to defraud, willfully embezzled, abstracted, purloined and misapplied the sum of approximately $14,150.00 in moneys, funds, assets and credits entrusted to the custody and care of Regions Bank, in that the defendant converted funds from the account of another to her own use.

All in violation of Title 18, United States Code, Section 656.

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*K. David Cooke*
K. David Cooke, Jr.
Assistant United States Attorney