AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

ONITA MARCHETTA THORNTON
147 East McLean Road
Hope Hull, Alabama 36043

**WARRANT FOR ARREST**

Case Number: 2:06CR212-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Onita Marchetta Thornton__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)

Bank fraud

Embezzlement

in violation of Title __18__ United States Code, Section(s) __656 and 1344(2)__

DEBRA P. HACKETT
Name of Issuing Officer

Clerk, U. S. District Court
Title of Issuing Officer

Signature of Issuing Officer

September 8, 2006 - Montgomery, Alabama
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |