**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 9-13-2006

DIGITAL RECORDING: 2:28 - 2:35 pm
2:36 - 2:40 pm

- ☑ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: McPherson
DEPUTY CLERK: sql

CASE NO.: 2:06CR212-WKW
DEFT. NAME: Onita Marchetta THORNTON

USA: ~~Cooke~~ Brunson
ATTY: Thomas Klinner / Jeff Duffey
Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES  NAME: _____

---

- ☑ kars. — Date of Arrest 9-13-06  or ☐ karsr40
- ☑ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☐ — Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. — Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- ☑ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☑ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for _____
- ☐ ko. — Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☑ karr. — ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered.
- ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: 7-18-06
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed