```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
UNITED STATES OF AMERICA,   *
                            *
     Plaintiff,             *
                            *
V.                          *    CASE NO.2:06cr212-WKW
                            *
ONITA MARCHETTA THORNTON,   *
                            *
     Defendant.             *
```

## MOTION TO WITDRAW AS COUNSEL

Comes now Jeffery C. Duffey and Thomas B. Klinner and move to withdraw as counsel for defendant on the following ground:

1. Undersigned counsel entered oral limited appearances as counsel for defendant at the first appearance and arraignment held on September 13, 2006.

2. Defendant has been unable to retain undersigned counsel to represent her.

3. The defendant will not be prejudiced by this request since trial date is set for April 23, 2007, and defendant has ample time to obtain counsel.

4. Wherefore, based upon the above undersigned counsel requests that their motion to withdraw as counsel for defendant be granted.

Respectfully submitted this 20th day of September, 2006.

                                          s/Jeffery C. Duffey  
                                          JEFFERY C.  DUFFEY  
                                          Attorney for defendant  
                                          600 South McDonough Street  
                                          Montgomery, AL  36104  
                                          Phone: 334-834-4100  
                                          Fax: 334-834-4101  
                                          email: jcduffey@aol.com  
                                          Bar No.  ASB7699F67J

s/Thomas B. Klinner  
Thomas B. Klinner  
Attorney for defendant  
7004 Brockport Ct.  
Montgomery, Al. 36117  
Tele 334-270-3177  
Email:  tklinner@crumpton-associates.com  
Bar No. ASB9911L67T

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of September, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Karl David Cook, AUSA, P.O. Box 197, Montgomery, AL 36101, and on defendant Onita Thornton, 147 E. McLean Rd., Hope Hull, Al. 36043, by U. S. Mail, postage prepaid..

                                          s /Jeffery C. Duffey  
                                          JEFFERY C.  DUFFEY  
                                          Attorney for  
                                          Defendant

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
UNITED STATES OF AMERICA,    *
                             *
    Plaintiff,               *
                             *
V.                           *    CASE NO.2:06cr212-WKW
                             *
ONITA MARCHETTA THORNTON,    *
                             *
    Defendant.               *
```

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Withraw as Counsel for defendant filed by Jeffery C. Duffey and Thomas B. Klinner is granted.

Done this ___ day of September 2006.

```
                         _____
                         UNITED STATES DISTRICT JUDGE
```