IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO.: 2:06cr212-WKW |
| | ) | |
| ONITA MARCHETTA THORNTON | ) | |

## ORDER

For good cause, it is

ORDERED that Pretrial Conference currently set for 13 October 2006 at 9:00 a.m.

is RESET to *16 October 2006 at 9:00 a.m.*  in Courtroom 5-A, Frank M. Johnson, Jr.

United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 20th day of September, 2006.


/s/ Vanzetta Penn McPherson
VANSETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE