IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                                  ) | 2:06cr212-WKW |
| ) | |
| ONITA MARCHETTA THORNTON      ) | |

### ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Withdraw as Counsel filed 20 September 2006 (Doc. #10), is GRANTED. Attorneys Jeffery C. Duffey and Thomas B. Klinner are hereby withdrawn as representation for defendant ONITA MARCHETTA THORNTON.

DONE this 21st day of September 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE