**COURTROOM DEPUTY'S MINUTES**                **DATE:** 10/16/06

**MIDDLE DISTRICT OF ALABAMA**                Digital Recording: 9:35 - 9:35

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr212-WKW           **DEFENDANT(S):** Onita Marchetta Thornton

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * * * | |
| Karl David Cooke, Jr. | | Jennifer Hart |
| | * * | |

☐ **DISCOVERY STATUS:**          Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**
                                 Possible Plea

☐ **TRIAL STATUS**               2 Days for Trial
                                 4/23/07 Trial Term

☐ **REMARKS:** Mr. Bethel to inform the Courtroom Deputy as to the likely outcome of this case; Mr. Bethel notified the Court that this case will likely go to trial