IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v                           )            CR. NO. : 2:06cr212-WKW
                                    )
ONITA MARCHETTA THORNTON            )
                                    )

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 16 October 2006, before the undersigned Magistrate

Judge.   Present at this conference was Federal Defender Jennifer Hart, counsel for the

defendant, and Assistant United States Attorney Karl David Cooke, Jr., counsel for the

government.  As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for 23 April 2007.  The trial of this case is set for the trial term

commencing on 23 April 2007, before U.S. District Judge William Keith Watkins and is

expected to last  two trial days.

2.  There are no motions currently pending.

3.  Proposed voir dire questions shall be filed on or before 16 April 2007.  Counsel

should not include questions seeking information which is provided in the jury questionnaire.

4.  All motions in limine shall be filed on or before 16 April 2007.  Motions in limine

must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before 16 April 2007.

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless

notice is filed on or before noon on 11 April 2007. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on 23 April 2007. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on 23 April 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE this 24th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE