IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
        V.                   )     CRIMINAL ACTION NO.
                             )        2:06cr212-MHT
ONITA MARCHETTA THORNTON     )


ORDER

In light of the reassignment of this case, it is ORDERED as follows:

(1) The jury selection and trial of this case are reset for February 5, 2007, at 10:00 at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

(2) Proposed voir dire questions, motions in limine, and proposed jury instructions are due by January 29, 2007.

(3) Notice of plea agreement is due by January 24,

2007.

DONE, this the 13th day of December, 2006.


　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　UNITED STATES DISTRICT JUDGE