IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>   V.                          )<br>  )<br>ONITA MARCHETTA THORNTON  ) | CRIMINAL ACTION NO.<br>   2:06cr212-MHT |

**ORDER**

It is ORDERED that the motion to substitute counsel (doc. no. 21) is granted.

DONE, this the 19th day of December, 2006.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE