**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No.: 2:06cr212-MHT |
| ) | |
| ONITA MARCHETTA THORNTON ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **ONITA MARCHETTA THORNTON**, by undersigned counsel, pursuant to 18 U.S.C. § 3161(h)(8)(A), and respectfully moves the Court for an Order continuing this matter from the trial calendar of February 5, 2007.

In support of this motion, the Defendant would show the following:

1. The parties are currently working to resolve this case without a trial, and it is virtually certain that this case will not proceed to trial.

2. Undersigned Counsel will be out of the state from January 19, 2007, through January 28, 2007, first serving military duty, then participating in continuing legal education. As a result, the parties will not be able to complete plea negotiations prior to January 24, 2007, which is the currently scheduled consent date for notifying the Court of Defendant's intent to change her plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

3. Assistant United States Attorney Chris Snyder does not oppose this motion.

**WHEREFORE**, for the reasons set forth above, the Defendant moves this Court to issue an Order continuing the February 5, 2007, trial date.

Dated this 18th day of January 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:06cr212-MHT** |
| | ) | |
| **ONITA MARCHETTA THORNTON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher Snyder, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49