IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )     CASE NO. 2:06cr212-MHT |
| | ) |
| ONITA THORNTON | ) |

## ORDER

Based upon this court's order resetting the trial in the above-styled case for June 4, 2007, and for good cause, it is

ORDERED that the parties shall appear for a final pretrial conference on May 14, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 2nd day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE