### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Case No.: 2:06cr212-MHT |
| ) | |
| ONITA MARCHETTA THORNTON  ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, ONITA MARCHETTA THORNTON, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 5th day of February, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:06cr212-MHT |
| ) | |
| ONITA MARCHETTA THORNTON ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Snyder, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama  36104

                              Respectfully submitted,

                              s/ Donnie W. Bethel
                              DONNIE W. BETHEL
                              Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail:don_bethel@fd.org
                              IN Bar Code: 14773-49