| COURTROOM DEPUTY MINUTES | DATE: 2/7/07 | DIGITAL RECORDING: 12:32 - 2:48 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Mitchell Reisner |

❏ ARRAIGNMENT     x CHANGE OF PLEA     ❏ CONSENT PLEA

❏ RULE 44(c) HEARING     ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.*      **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr212-MHT*      **DEFENDANT NAME:** *Onita Marchetta Thornton*

**AUSA:** *Christopher A. Snyder*      **DEFENDANT ATTY:** *Donnie Bethel*

Type Counsel:   ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** Jason Dillon

Defendant _____ does     __x__ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty          ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x ❏ Guilty as to:

   X ❏ Count(s) 1, 2     of the Felony Indictment.

   ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

   ❏ to be dismissed at sentencing

**X —   ORAL ORDER ADJUDICATING GUILT as to COUNTS 1, 2**

— Written plea agreement filed.  ❏ **OPEN/ORAL** Plea Agreement.  ❏ **ORDERED SEALED.**  X- No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

X —   **ORDER:** Defendant Continued under X- same bond ; ❏ Released on Bond & Conditions of Release
      ❏ summons; for:

❏ Trial on _____ ; X- Sentencing   X- to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____ ; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.